## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

✓ P-Send

### CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:05CR1111RGK          Recorder: Special PIA 12/12/05 [65-1168]          Date: 12/12/2005

Present: The Honorable Ralph Zarefsky, U.S. Magistrate Judge

Court Clerk: Linda Jackson Williams & Maynor Galvez          Assistant U.S. Attorney: MATTHEW UMHOFER

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 1. TOMMY MORENO<br>Writ-Custody | 1. Marcia Brewer<br>PANEL - PRESENT | | |
| 2. RALPH ROCHA aka "Parrot"; aka "Perrico"<br>Writ-Cusody | 2. David Reed<br>PANEL - PRESENT | | |
| 3. OSCAR RODRIGUEZ<br>Writ-Custody | 3. Brian Newman<br>PANEL - PRESENT | | |
| 4. JOSE MURILLO<br>Writ-Custody | 4. Mark Windsor<br>PANEL - PRESENT | Spanish | LINDA J. KRAUSEN |
| 6. JUAN FRANK MARTINEZ<br>Writ-Custody | 6. Errol Stambler<br>PANEL - PRESENT | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

Court orders counsel appointed

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment, acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts of the Indictment.

Court orders this case previously assigned to the calendar of U.S. District Judge R. Gary Klausner for/and further orders jury trial set for FEBRUARY 7, 2006, AT 9:00 A.M. Defendant and his/her counsel are ordered to appear before said judge at the date and time indicated.

Court orders notice to counsel and discovery and inspection order issued.

Other: Financial affidavits were accepted and filed. Counsel for each defendant stipulated on the issue of detention. Government's request for detention was granted. Defendants were ordered permanently detained (see separate detention order).

0 : 20
Initials of Deputy Clerk: MG / LWJ

cc: CJA Supv. Attorney, PSA, Fiscal, Statistics Clerk, USM LA

ENTER ON ICMS

DEC 15 2005

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

✓ P-Send

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:05CR1111RGK          Recorder: Special PIA 12/12/05 [65 -1168]          Date: 12/12/2005

Present: The Honorable Ralph Zarefsky, U.S. Magistrate Judge

Court Clerk: Linda Jackson Williams & Maynor Galvez          Assistant U.S. Attorney: MATTHEW UMHOFER

**United States of America v.**          **Attorney Present for Defendant(s)**          **Language**          **Interpreter**
8. JOE ORNELAS                             Greg Nicolyasen
   Writ-Custody                             PANEL - PRESENT

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

Court orders counsel appointed

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment, acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts of the Indictment.

Court orders this case previously assigned to the calendar of U.S. District Judge R. Gary Klausner for/and further orders jury trial set for FEBRUARY 7, 2006, AT 9:00 A.M. Defendant and his/her counsel are ordered to appear before said judge at the date and time indicated.

Court orders notice to counsel and discovery and inspection order issued.

Other: See page 1 of 2.

                                                                                    0 :
                                                                Initials of     MG/LWJ
                                                                Deputy Clerk:

cc: CJA Supv. Attorney, PSA, Fiscal, Statistics Clerk, USM LA