```
BRIAN A. NEWMAN for
LAW OFFICES OF BRIAN A. NEWMAN
Attorneys & Counselors At Law
300 Corporate Pointe, Suite 330
Culver City, California  90230
(310) 417-3835; Fax: (310) 337-0063
Email: jjnewbee@sbcglobal.net
CA State Bar #89975
Attorney for Defendant Oscar Rodriguez
```

FILED
CLERK, U.S. DISTRICT COURT
MAR 20 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ____
JS-2/JS-3 ✓
Scan Only ____

LODGED
2006 MAR 16 PM 3:08
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:CR-05-1111-RGK |
| Plaintiff, | [PROPOSED] ORDER APPROVING EX PARTE APPLICATION FOR PERMISSION TO ALLOW ASSOCIATE COUNSEL TO PARTICIPATE IN DEFENDANT RODRIGUEZ' REPRESENTATION |
| vs. | |
| OSCAR RODRIGUEZ, | |
| Defendant. | |

ENTER ON CMS
MAR 20 2006

cc: CJA

1

GOOD CAUSE HAVING BEEN SHOWN IT IS HEREBY ORDERED that the Ex Parte Application For Permission to Allow Associate Counsel to Participate in Defendant Oscar Rodriguez' Representation is hereby granted.

IT IS FURTHER ORDERED that Doris Aghaei may participate in representing Defendant Rodriguez.

IT IS FURTHER ORDERED that Doris Aghaei may attend any and all court hearings, including trial, as "second chair".

IT IS FURTHER ORDERED that Doris Aghaei shall receive no monetary compensation from the Criminal Justice Act ("CJA") for any services she provides on behalf of Defendant Rodriguez.

Dated: MAR 20 2006

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT COURT

2